NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

(Serial No. 10/200,747)

## IN RE ARNOLD G. KLEIN

2010-1411

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Upon consideration of the Director's motion for a 30-day extension of time, until September 29, 2010, to file his informal response brief. Arnold G. Klein opposes.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 0 2010

JAN HORBALY
CLERK

cc:  Arnold G. Klein
     Raymond T. Chen, Esq.

s21